**SCHLANGER LAW GROUP LLP**

September 24, 2020

VIA ECF

**MEMORANDUM ENDORSEMENT**

Hon. Gabriel W. Gorenstein
United States District Court – S.D.N.Y.
500 Pearl Street
New York, NY 10007-1312

  **Re:**  *Gareth Hasson v. HSBC Bank USA, N.A.*
  **Index:** 1:20-cv-01024

Your Honor:

  My firm is counsel to Plaintiff in the above-referenced action. We write to request an adjournment of the settlement conference currently scheduled for September 29, 2020. On September 14, 2020, the Court rescheduled the Settlement Conference in this matter for later in the month (Docket Entry No. 34). Unfortunately, Plaintiff's counsel has a previously scheduled, long-awaited deposition in another federal matter that same day.

  We contacted Your Honor's chambers regarding an adjournment of the Settlement Conference on September 18, 2020 and obtained several available dates. Plaintiff and Defendant coordinated thereafter and prefer to adjourn to October 8, 2020. A morning or early afternoon commencement is strongly preferred so that the Settlement Conference can be completed no later than 5 p.m. Alternatively, the parties are also available on October 7, 2020.

  We thank Your Honor for consideration of this first adjournment request, which was made as soon as counsel and the parties were able to ascertain their availability.

           Respectfully,

           */s/Evan S. Rothfarb*

           Evan S. Rothfarb

cc: all counsel of record

**Conference adjourned to October 8, 2020, at 10:00 a.m.**

**So Ordered.**

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**September 25, 2020**

---

**T.** 212.500.6114
**F.** 646.612.7996
**E.** erothfarb@consumerprotection.net

80 Broad Street
Suite 1301
New York, NY 10004