UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARETH HASSON,

Plaintiff,

-against-

HSBC BANK USA, N.A.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    10/15/2020

1:20-cv-1024 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties informing the Court that the parties

have reached a settlement in principle [ECF #40].  Accordingly, IT IS HEREBY ORDERED that

the above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made by

December 3, 2020.  If no such application is made by that date, today's dismissal of the action is

with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **October 15, 2020**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1