UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021
```

GARETH HASSON,

               Plaintiff,

-against-

HSBC BANK USA, N.A.,

               Defendant.

1:20-cv-1024 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      On October 15, 2020, the Court issued a 30-day order [ECF #41].  The Court explained that the case could be restored to the Court's calendar if the application to restore the action were made by December 3, 2020 but that, if no such application were made by that date, dismissal of the action would be with prejudice.  In a letter dated December 3, 2020, the parties requested an extension of time until January 18, 2021, and, the same day, the Court granted that request [ECF #42, 43].  The January 18, 2021 deadline has passed, and the parties have not moved to restore this action to the Court's calendar.  Accordingly, this case is dismissed with prejudice.

**SO ORDERED.**

Date:  **February 8, 2021**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1